I concur in the main opinion in all respects except that I concur only in the *Page 81 
result of the analysis about the rule of repose. We should not hold the trial court in error on the ground that the defendant failed to plead the common law rule of repose applied by the trial court to support its summary judgment; for the plaintiff did not assert this ground — the defendant's failure to plead — before the trial court; and we do not reverse trial courts on grounds asserted for the first time on appeal. Ex parte Ryals, 773 So.2d 1011 (Ala. 2000). We can and should, however, reverse the summary judgment on the merits of the application of the common law rule of repose and the requirements for summary judgment in this case. Thus the result of the main opinion is right on the rule-of-repose issue. I concur in the rationales and results on the other issues.